IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff/Respondent,**

v.                       No.     CV 16-0423 RB/LAM
                                                               CR 13-2725 RB

**JOHN ERIC SAPIEN, JR.,**

    **Defendant/Movant.**

## ORDER TO FILE AMENDED PETITION, FILE ANSWER, AND SUBMIT PRESENTENCE REPORT

**THIS MATTER** is before the Court *sua sponte*. On July 27, 2016, Defendant/Movant ("Defendant") filed an unopposed motion to amend his § 2255 Motion to add a corrected argument regarding one of Defendant's prior convictions, and he attached a copy of his proposed amended § 2255 Motion as an exhibit to the motion to amend. [*Doc. 11*]. The Court granted this motion on July 27, 2016 (*see Doc. 12*), but Defendant has not filed his Amended § 2255 Motion as a separate document in this case. The Court, therefore, will order Defendant to file his Amended § 2255 Motion as a separate document, and will order the Government to file an answer to the amended motion.

In addition, the Court notes that in Defendant's § 2255 Motion and in response to the Government's motion to stay, Defendant relies, in part, on his Presentence Report. *See, e.g.,* [*Doc. 1* at 2-3] and [*Doc. 8* at 3]. However, neither party has filed Defendant's Presentence

2

Report in this case, nor have they otherwise submitted it to the undersigned for review. The Court, therefore, will also order Defendant to submit the Presentence Report to the Court.

**IT IS THEREFORE ORDERED** that, **no later than November 17, 2016**, Defendant shall file his Amended § 2255 Motion as a separate document in this case.

**IT IS FURTHER ORDERED** that, **no later than November 28, 2016**, the Government shall file an answer to the Amended § 2255 Motion.

**IT IS FURTHER ORDERED** that, **no later than November 28, 2016**, Defendant shall either file the Presentence Report under seal or e-mail it to lmproposedtext@nmcourt.fed.us.

**IT IS SO ORDERED**.

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**